MICHAEL BAILEY
United States Attorney
District of Arizona

JUSTIN OSHANA
Assistant United States Attorney
Pennsylvania State Bar No. 203795
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: justin.oshana@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> 1. Juan Ali Ramirez Ramirez, <br><br> and <br><br> 2. Jay Derek Ramirez Ramirez, <br><br> Defendants. | No. CR-20-00512-PHX-SMB (DMF) <br><br> **INDICTMENT** <br><br> VIO: 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) <br> (Engaging in the Business of Dealing in Firearms Without a License) <br> Count 1 <br><br> 18 U.S.C. §§ 981 and 982, <br> 21 U.S.C. §§ 853 and 881, and <br> 28 U.S.C. § 2461(c) <br> (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Between on or about July 16, 2020 and August 27, 2020, in the District of Arizona, Defendants JUAN ALI RAMIREZ RAMIREZ and JAY DEREK RAMIREZ RAMIREZ, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Count 1 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

//
//
//
//
//

All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: September 23, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

S/
JUSTIN OSHANA
Assistant U.S. Attorney